**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7022**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CARL BENIT COOPER,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston. Falcon B. Hawkins, Senior District Judge. (CR-95-206, CA-98-1802-2-11)

———————

Submitted: November 30, 1999        Decided: December 17, 1999

———————

Before NIEMEYER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Carl Benit Cooper, Appellant Pro Se. Bruce Howe Hendricks, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl Benit Cooper seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Cooper, Nos. CR-95-206; CA-98-1802-2-11 (D.S.C. May 17 & July 7, 1999). To the extent that Cooper raises on appeal claims that he did not present to the district court, we decline to consider those claims. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). We also deny Cooper's motion for bail pending appeal and his motion for general relief to unseal and correct his presentence investigation report. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED